SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

| | |
|---|---|
| JASON POLSON | (06) |
| MEGAN FORD | (07) |
| RODNEY GIBSON | (08) |
| TIMMY TOM CALLAHAN | (09) |

Case No. 4:22-CR-213-P
[Supersedes Superseding Indictment Returned on
September 27, 2022, adding defendants 06 – 09]

SECOND SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before December 2019, and continuing until in and around

January 2023, in the Fort Worth Division of the Northern District of Texas, and

elsewhere, defendants **Jason Polson**, **Megan Ford**, **Rodney Gibson**, and **Timmy Tom**

**Callahan**, along with others known and unknown, did knowingly and intentionally

combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C

§§ 841(a)(1) and (b)(1)(A), namely: to possess with intent to distribute 50 grams or more

of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

A TRUE BILL.

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:  817-252-5200
Facsimile:  817-252-5455
Email: Shawn.Smith2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

JASON POLSON (06)
MEGAN FORD (07)
RODNEY GIBSON (08)
TIMMY TOM CALLAHAN (09)

SECOND SUPERSEDING INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

A true bill rendered

_____                          _____
FORT WORTH                                                                      FOREPERSON

Filed in open court this 11th day of January, 2023.

**Defendants Polson (06) & Ford (07) – Warrants to Issue in State Custody**
**Defendants Gibson (08) & Callahan (09) - Warrants to Issue**

-------------------------------------------------------------------------------------------

UNITED STATES DISTRICT JUDGE
No Pending Criminal Matter